IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| Gary Gatlin, | ) | C/A No.: 9:17-cv-00512-RBH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On October 25, 2017, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. In the motion, Plaintiff requested attorney's fees in the amount of $3,109.06 and expenses in the amount of $20.01. On November 6, 2017, the Commissioner filed a response in support of Plaintiff's motion indicating no objection to an award of $3,109.06 and expenses in the amount of $20.01.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of $3,109.06 attorney fees and expenses in the amount of $20.01 pursuant to EAJA**,** subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to her attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

    s/ R. Bryan Harwell
November 8, 2017    R. Bryan Harwell
Florence, South Carolina    United States District Judge